# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE,** ) </br> ) </br> **Plaintiff,** ) </br> ) </br> v. ) </br> ) </br> **JOHN CANEGATA, ROBERT SCHANFARBER, and** ) </br> **VIRGIN ISLANDS REPUBLICAN PARTY a/k/a/** ) </br> **VIGOP PAC,** ) </br> ) </br> **Defendant.** ) | Case No. 3:22-cv-0037 |

## ORDER

**BEFORE THE COURT** is Plaintiff Republican National Committee's ("RNC") motion for temporary restraining order. (ECF No. 2.) Having duly considered the motion and memorandum of law in support thereof (ECF No. 3), the Court finds that counsel for the RNC has failed to "certify[y] in writing any efforts made to give notice [to the adverse party] and the reasons why [notice] should not be required." Fed. R. Civ. P. 65(b)(1)(B). While counsel for the RNC does mention in her certificate of service to the motion for temporary restraining order that she "gave notice to Defendants by emailing a copy of this Motion, Memorandum of Law in Support and Verified Complaint with their exhibits to Defendants' counsel," the Court finds this notice to be neither actual nor constructive where no counsel has entered an appearance for Defendants in this matter. *See* ECF No. 2, at 3.

Accordingly, it is hereby

**ORDERED** that the RNC's motion for a temporary restraining order is **DENIED** to the extent it requests a temporary restraining order**;** it is further

**ORDERED** that a hearing on the motion for preliminary injunction shall commence promptly at 10:00 A.M. on June 8, 2022, in St. Thomas Courtroom 1 before Chief Judge Robert A. Molloy; it is further

**ORDERED** that the parties shall provide the Clerk of Court with a flash drive containing electronic copies of any exhibits in PDF format no later than June 1, 2022; and it is further

**ORDERED** that the RNC shall file proof of actual notice or service no later than May 27, 2022. Failure to file such proof shall result in the Court removing this matter from its calendar.

**Dated:** May 23, 2022                    */s/ Robert A. Molloy*
                                           **ROBERT A. MOLLOY**
                                           **Chief Judge**