IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN CANEGATA; ROBERT MAX SCHANFARBER; and VIGOP (VIRGIN ISLANDS REPUBLICAN PARTY), also known as VIGOP PAC,<br><br>*Defendants*. | No. 3:22-cv-00037-RAM-RM |

## PLAINTIFF REPUBLICAN NATIONAL COMMITTEE'S NOTICE OF SERVICE

Plaintiff Republican National Committee gives notice that it has served its first sets of requests for production on John Canegata, Robert Max Schanfarber, and VIGOP PAC and its first set of interrogatories on VIGOP PAC.

Dated: December 16, 2022

/s/ *Kevin F. D'Amour*
Kevin F. D'Amour
BARNES, D'AMOUR & VOGEL
5143 Palm Passage, Ste. 18B &19B
St. Thomas VI 00801
(340) 774-8188
Kevin.damour@comcast.net

Gaylin Vogel
BARNES, D'AMOUR & VOGEL
5143 Palm Passage, Ste. 18B &19B
St. Thomas VI 00801
(340) 774-8188
gaylin.vogel@comcast.net

Respectfully submitted,

/s/ *Tyler R. Green*
Tyler R. Green (pro hac vice)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Cameron T. Norris (pro hac vice)
Frank H. Chang (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
frank@consovoymccarthy.com

*Counsel for Plaintiff Republican National Committee*

## CERTIFICATE OF SERVICE

I certified that I filed the foregoing through CM/ECF.

/s/ *Tyler R. Green*
Tyler R. Green